# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0453. CARA WILLIAMS v. THE STATE.**

In 2019, a jury found Cara Williams guilty of multiple counts of forgery in the second degree, financial transaction card theft, aggravated identity fraud, and making false statements. Following the trial court's denial of her motions for out-of-time appeals, Williams appealed to this Court. We vacated the trial court's order and directed the court to enter a new order dismissing the motions. *Williams v. State*, Case No. A22A0404 (decided May 6, 2022). Williams later filed an extraordinary motion for new trial and demand for evidentiary hearing, which the trial court dismissed. She then filed this direct appeal, but we lack jurisdiction.

Pretermitting whether the court's order was interlocutory because motions were still pending in the court below when Williams filed her notice of appeal, OCGA § 5-6-35 (a) (7) requires a discretionary application to appeal from the denial of an extraordinary motion for new trial. See *Balkcom v. State*, 227 Ga. App. 327, 331-332 (489 SE2d 129) (1997). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Williams's failure to file an application

for a discretionary appeal deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   *12/11/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*